UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMIAH J. TROMBLY,

    Plaintiff,

v.

Case No. 11-13477
Hon. Gerald E. Rosen

FIDELITY WORKPLACE SERVICES LLC,
*et al.,*

    Defendants.

_____/

## JUDGMENT OF DISMISSAL

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    March 7, 2013

    PRESENT:   Honorable Gerald E. Rosen
                        Chief Judge, United States District Court

The Court having this day issued an opinion and order granting Defendants' motion to affirm the plan administrator's decision and awarding summary judgment in Defendants' favor on Plaintiff's remaining claims,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, dismissed in its entirety with prejudice.

Dated: March 7, 2013                s/Gerald E. Rosen
                                          Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 7, 2013, by electronic and/or ordinary mail.

                               s/Julie Owens
                               Case Manager